**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-2242**

———————

SOUDANI ALEXIS,

            Plaintiff - Appellant,

      v.

ALBERTINI & DARBY; PATRICK MARLIN WYSONG; PERRY MATTHEW DARBY;
GUY  MARCEL  ALBERTINI,  and  all  other  associate(s),
subsidiarie(s),  holding(s),  asset(s),  hereunder;  15  U.S.C.A.
Section 80(a)(2), et al,

            Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:11-cv-00113-WDQ)

———————

Submitted:  March 15, 2012            Decided:  March 19, 2012

———————

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Soudani Alexis, Appellant Pro Se.  Stephen Young Brennan, ILIFF,
MEREDITH, WILDBERGER & BRENNAN, P.C., Pasadena, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Soudani Alexis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Alexis v. Albertini & Darby</u>, No. 1:11-cv-00113-WDQ (D. Md. Oct. 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>